THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
STEVEN MILES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce

County, No. 81-1-00473-5, Thomas A. Swayze, Jr., J., entered May 7, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.